Anthony HELM, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45299.

Missouri Court of Appeals,
Western District.

Sept. 15, 1992.

Lew A. Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief. Affirmed. Rule 84.16(b).